IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**KEVIN SULLIVAN**                                                                                    **PLAINTIFF**
**#26567**

v.                                  No: 3:22-cv-00242-JM-PSH

**FELISHA ROWLAND,** *et al.*                                                           **DEFENDANTS**

## ORDER

Plaintiff Kevin Sullivan filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on September 14, 2022, while incarcerated at the Greene County Detention Facility (Doc. No. 1). On October 6, 2022, the Court granted his application to proceed *in forma pauperis* ("IFP") (Doc. No. 7). Sullivan subsequently updated his address indicating he had been released. *See* Doc. No. 8. The Court ordered Sullivan to submit an IFP application which reflects his free-world financial status (Doc No. 9). Sullivan filed an IFP application on November 3, 2022 (Doc. No. 13).

Under the Prison Litigation Reform Act ("PLRA"), a prisoner who is permitted to file a civil action IFP still must pay the full statutory filing fee of $350.00. 28 U.S.C. § 1915(b)(1). Sullivan's resubmitted IFP shows that he has no funds with which to pay the remainder of the filing fee; accordingly, his request to proceed IFP is GRANTED. Sullivan remains responsible for payment of the remainder of the filing fee for this action.

Before docketing the complaint, or as soon thereafter as practicable, the Court must review the complaint to identify cognizable claims or dismiss the complaint if it: (1) is frivolous or malicious; (2) fails to state a claim upon which relief may be granted; or (3) seeks monetary relief against a defendant who is immune from such relief.  *See* 28 U.S.C. § 1915A.  The Court has reviewed Sullivan's complaint (Doc. No. 1), but does not understand his allegations.  Accordingly, he must file an amended complaint within 30 days on a § 1983 form with a short and concise statement describing how each defendant violated his rights and how he was injured as a result.  He must also describe the relief he seeks and indicate whether he sues defendants in their individual and/or official capacities.

The Clerk of Court is directed to send a blank § 1983 complaint form to Sullivan.  Sullivan is cautioned that an amended complaint renders his original complaint without legal effect; only claims properly set out in the amended complaint will be allowed to proceed.  In the event he fails to file an amended complaint conforming to this order within 30 days, the Court may recommend dismissal of this case.

IT IS SO ORDERED this 8th day of November, 2022.

_____
UNITED STATES MAGISTRATE JUDGE