IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KEVIN SULLIVAN                                                                                          PLAINTIFF

v.                                        No: 3:22-cv-00242-JM

FELISHA ROWLAND, *et al.*                                                                      DEFENDANTS

### ORDER

On January 26, 2023, Proposed Findings and Recommendation were submitted by United States Magistrate Judge Patricia S. Harris. (ECF No. 18). They were mailed to plaintiff at the address he provided on that same date, and Plaintiff had 14 days to file any objections. On February 7, 2023, this mail was returned to the Clerk of the Court as "not deliverable as addressed" and "unable to forward." (ECF No. 20). Also on February 7th, Plaintiff filed a notice of change of address. (ECF No. 21). The following day, the Clerk mailed the Findings and Recommendations to Plaintiff at the new address he provided. No objections have been filed to date, and the time to do so has passed.

The Court has reviewed the Findings and Recommendation After careful consideration, the Court concludes that the Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED:

1. Sullivan's complaint is dismissed without prejudice for failure to state a claim upon which relief may be granted.

2. The Court recommends that dismissal of this action be considered as a "strike" within the meaning of 28 U.S.C. § 1915(g).

3.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the order adopting this recommendation would not be taken in good faith.

IT IS SO ORDERED this 16th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE